# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

| | |
|---|---|
| **SEAN ROBERT GUTHRIE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 24-cv-2871-MSN-tmp |
| ) | |
| **ADJUVANTS UNLIMITED LLC, and** ) | |
| **INDUSTRIAL OILS UNLIMITED,** *also* ) | |
| *known as* **KFM ENTERPRISES,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

---

## REPORT AND RECOMMENDATION

---

On November 12, 2024, *pro se* plaintiff Sean Robert Guthrie filed his complaint against defendants Adjuvants Unlimited LLC and Industrial Oil Unlimited.[1] (ECF No. 1.) Blank summonses were mailed to Guthrie on February 19, 2025, with instructions from the Clerk's office to complete and return the summonses in order to effect service. By July 8, 2025, summonses had not been issued and no defendant had been served. The undersigned accordingly ordered Guthrie to show cause why the court should not dismiss his complaint without prejudice for failure to timely serve defendants

---

[1] Pursuant to Administrative Order No. 2013-05, this case has been referred to the United States magistrate judge for management of all pretrial matters for determination or report and recommendation, as appropriate.

under Federal Rule of Civil Procedure 4(m). The undersigned gave Guthrie until July 22, 2025, to respond.

Under Rule 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). As of August 6, 2025, Guthrie has not responded to the court's order or otherwise taken steps to complete service. Because Guthrie has failed to comply with the court's July 8 order, the undersigned recommends that his complaint be dismissed without prejudice.

Respectfully submitted,

s/ Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

August 6, 2025
Date

**NOTICE**

**WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THIS REPORT AND RECOMMENDED DISPOSITION, ANY PARTY MAY SERVE AND FILE SPECIFIC WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS. ANY PARTY MAY RESPOND TO ANOTHER PARTY'S OBJECTIONS WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2); L.R. 72.1(g)(2). FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER AND/OR FORFEITURE OF OBJECTIONS, EXCEPTIONS, AND FURTHER APPEAL.**